SILAS J. OWEN, APPELLANT, v. MARY JANE GRIFFIN, RESPONDENT.

*Married woman — retainer of attorney by — when liable for services performed by.*

The plaintiff was employed, as an attorney, by the defendant to prosecute an action for a limited divorce against her husband, and to obtain alimony and support for herself and her child, and also to set aside an ante-nuptial agreement made by her with her husband. The suits were settled by the defendant, in violation of an agreement made with the plaintiff, and without his assent; $4,000 being placed in the hands of a trustee for the support of the defendant and her child. In an action brought by the plaintiff to recover for the services rendered in these suits, *held*, that the services of the plaintiff were rendered in creating a separate estate for the benefit of the defendant, and that he was entitled to recover.

APPEAL from a judgment in favor of the defendant, entered upon the report of a referee.

*Silas J. Owen*, for the appellant.

*C. Frost*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment reversed and new trial ordered, costs to abide event.